**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

*ELECTRONICALLY FILED*

**CIVIL ACTION NO.: 5:19-CV-185-TBR**

| | |
|---|---|
| **CHRISTI BEARD** | **PLAINTIFF** |
| **V.** | |
| **MORTGAGE MANAGEMENT, INC. and** | |
| **YASHU ANAND** | **DEFENDANTS** |

**STIPULATION OF DISMISSAL**

Upon agreement of the parties, pursuant to this Court's Order [Doc. 16], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the action filed by the Plaintiff is dismissed, in its entirety, with prejudice, with each party to be responsible for her or its own costs.

This is a final and appealable order, there being no just cause for delay.

Entered this the _____ day of _____, 2020.

2

**AGREED, TO BE ENTERED:**

| | |
|---|---|
| /s/ J. Corey Asay | /s/ Kif H. Skidmore |
| J. Corey Asay | James D. Allen |
| Adrian Mendiondo | Kif H. Skidmore |
| Morgan & Morgan, P.A. | Stoll Keenon Ogden PLLC |
| 333 W. Vine Street, Suite 1200 | 300 West Vine Street, Suite 2100 |
| Lexington, KY  40507 | Lexington, KY  40507-1801 |
| Tel:  (859) 286-8368 | Phone:  (859) 231-3000 |
| Fax: (859) 286-8384 | Fax:  (859) 253-1093 |
| E-mail: | E-mail: |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

123964.165421/8227612.1

2