UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

*ELECTRONICALLY FILED*

CIVIL ACTION NO.:  5:19-CV-185-TBR

**CHRISTI BEARD**          **PLAINTIFF**

**V.**

**MORTGAGE MANAGEMENT, INC. and**
**YASHU ANAND**          **DEFENDANTS**

### STIPULATION OF DISMISSAL

Upon agreement of the parties, pursuant to this Court's Order [Doc. 16], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the action filed by the Plaintiff is dismissed, in its entirety, with prejudice, with each party to be responsible for her or its own costs. All deadlines and schedules terminated. This case is now closed.

This is a final and appealable order, there being no just cause for delay.

*[Signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

June 3, 2020

**AGREED, TO BE ENTERED:**

| | |
|---|---|
| /s/ J. Corey Asay | /s/ Kif H. Skidmore |
| J. Corey Asay | James D. Allen |
| Adrian Mendiondo | Kif H. Skidmore |
| Morgan & Morgan, P.A. | Stoll Keenon Ogden PLLC |
| 333 W. Vine Street, Suite 1200 | 300 West Vine Street, Suite 2100 |
| Lexington, KY  40507 | Lexington, KY  40507-1801 |
| Tel:  (859) 286-8368 | Phone:  (859) 231-3000 |
| Fax: (859) 286-8384 | Fax:  (859) 253-1093 |
| E-mail: | E-mail: |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

123964.165421/8227612.1